**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

June 4, 2009

Clerk, U.S. Bankruptcy Court

RE: Eliezer Candelario and Migdalia Jacobs
    Bankruptcy Case No. 5-04-50122
    Unclaimed Funds For: E. Candelario & M. Jacobs
                            106 Penn Est 36 G Laurel Dr.
                            E. Stroudsburg PA 18301

Dear Clerk:

    Enclosed herewith please find check No.743587 for $1,050.00 drawn on the Fulton Bank representing unclaimed funds for the debtors in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                  Very truly yours,

                                  Carol A. Kreider
                                Funds Manager